IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____

| | |
|---|---|
| TIFFANY HOWARD, | Civil File No.:  08-CV-2003 KHV/DDJW |
| Plaintiff, | |
| vs. | **ORDER** |
| CHECK PLUS SYSTEMS, INC., | |
| Defendant. | |

_____

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT


Dated: May 16, 2008         s/ Kathryn H. Vratil
                            Kathryn H. Vratil
                            Judge of United States District Court